ACCEPTED
03-15-00377-CV
6368348
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 1:59:07 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00377-CV

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 1:59:07 PM
JEFFREY D. KYLE
Clerk

CITY OF LEANDER, et al.,
*Appellants – Defendants*,

v.

PREMAS GLOBAL LEANDER I, LLC,
*Appellee – Plaintiff*.

**Appeal from the 277th Judicial District Court of Williamson County, Texas**
Cause No. 15-0088-C277

## APPELLEE'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Appellee Premas Global Leander I, LLC (Premas) files this unopposed motion for extension of time to file its response brief, and in support therefore would respectfully show as follows:

1.      The current deadline for Premas to file its response brief is August 10, 2015.

2.      Premas seeks a 21-day extension to file its response brief, making its brief due on or before August 31, 2015.

3. Counsel for Premas has been heavily involved in numerous highly complex matters in both state and federal court. This request is not for delay only, but so that Premas's positions and arguments may be fully developed and presented to this Court in a concise and persuasive fashion.

4. This is the first request to extend the deadline for Premas's response brief.

5. Counsel for Premas has conferred with Counsel for Appellants, who indicated he is unopposed to Premas's request for an extension of time to file its response brief.

WHEREFORE, PREMISES CONSIDERED, Premas respectfully requests an order granting its Unopposed Motion for Extension of Time to File Response Brief so that Premas's response brief is due on or before August 31, 2015, and for such other and further relief to which it may be entitled.

Dated: August 5, 2015

Respectfully submitted,

HOWRY BREEN & HERMAN, LLP

_____
Sean E. Breen
State Bar No. 00783715
sbreen@howrybreen.com
Randy R. Howry
State Bar No. 10121690
rhowry@howrybreen.com
James Hatchitt
State Bar No. 24072478
jhatchitt@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
Tel.  (512) 474-7300
Fax  (512) 474-8557

*Attorneys for Plaintiff – Appellee*
*Premas Global Leander I, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 5, 2015, I conferred with Counsel for Appellants by e-mail regarding the relief sought by this motion, and he indicated the motion is unopposed.

_____
Sean E. Breen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was delivered on August 5, 2015, in compliance with Rules 9.5(b) of the Texas Rules of Appellate Procedure, to the parties listed and in the manner indicated below.

Bradford E. Bullock
bradford@cityattorneytexas.com
KNIGHT & PARTNERS
Executive Office Terrace
223 West Anderson Lane, Suite A-105
Austin, Texas 78752
Tel. (512) 323-5778
Fax (512) 323-5773

*Attorney for Defendants – Appellants*
*City of Leander, Kent Cagle, and*
*Thomas Yantis*

✓ Electronic service
□ In person
□ Registered mail, return receipt requested
□ Commercial delivery service
□ Facsimile
✓ Electronic mail

_____
Sean E. Breen